# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE: | CASE NO. 06-00473

**TOMAS JIMENS MALAVE**

**Debtor** | CHAPTER 13 (ASSET CASE)

## MOTION WITHDRAWING FUND

TO THE HONORABLE COURT:

Appears now Baxter Credit Union (BCU), and through the undersigned counsel respectfully states and prays as follows:

1. On February 14th, 2011 the Trustee issued a report on unclaimed monies in regards with BCU for $832.78 [Docket #41] and for $755.15 [Docket #52].

2. BCU would like to request the withdrawal of said and for the Clerk to mail to payments to: BCU, 340 N. Milwaukee Ave., Vernon Hills, IL 60061.

**THEREFORE**, it is respectfully requested that the motion filed by appearing creditor be deemed withdraw fund.

In San Juan, Puerto Rico, this day 28th of March, 2011.

**RESPECTFULLY SUBMITTED.**

/s/ **Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

Case No. 06-00473 SEK

I HEREBY CERTIFY: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

06-00473 Notice will be electronically mailed to:

ALEJANDRO OLIVERAS RIVERA
aorecf@ch13sju.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

CARLOS G. BATISTA
cbatista@pdvl.com

JORGE R. COLLAZO SANCHEZ
coa@prtc.net

I HEREBY CERTIFY: That I have mailed by regular mail to all creditors listed.
06-00473 SEK Notice will not be electronically mailed to:

COOP SAN JOSE
BOX 2020
AIBONITO, PR 00705-2020

AEE
P.O. Box 363508
San Juan, PR 00936-3508

CITIFINANCIAL
BOX 71587
SAN JUAN, PR 00936-8687

ASSOCIATES FINANCE
FORTUÑO & FORTUÑO FAS
P.O. BOX 13665
SAN JUAN, PR 00908-3665

SAMS CLUB
P.O. BOX 530942
ALTANTA, GA 30353-0942

ECAST SETTLEMENT CORPORATION
ASSIGNEE OF GE MONEY BANK/SAMS CONSUMER
P.O. BOX 35480
NEWARK NJ 07193-5480